**Order entered February 24, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00307-CR

**KEVIN NEAL KISSIRE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-83135-2017**

## ORDER

The State's motion for extension of time to file its brief filed February 21, 2020, is

**GRANTED**, and the brief tendered by the State on February 21, 2020, is **ORDERED** filed as of

the date of this order.

/s/     LANA MYERS
PRESIDING JUSTICE